562 S.E.2d 420 (2002)
355 N.C. 487
Ralph LINDSEY, Jr.
v.
BODDIE-NOELL ENTERPRISES, INC., d/b/a Hardee's Skat-Thru.
No. 679A01.
Supreme Court of North Carolina.
May 10, 2002.
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P. by L.P. McLendon, Jr., Greensboro; John W. Ormand III, Raleigh; and Teresa DeLoatch Bryant, Greensboro, for plaintiff-appellee.
Cranfill, Sumner & Hartzog, L.L.P. by H. Lee Evans, Raleigh, for defendant-appellant.
PER CURIAM.
The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion.
REVERSED.